UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-2276-JG

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> INFORMATION ASSOCIATED WITH ) <br> FACEBOOK ACCOUNT ) <br> IDENTIFICATION NUMBER ) <br> 100002508865146 THAT IS STORED AT ) <br> PREMISES CONTROLLED BY FACEBOOK ) | **ORDER** |

This matter is before the Court upon the United States' application under 18 U.S.C. § 2705(b) for an Order prohibiting Facebook, Inc., an electronic communication service provider and/or a remote computing service, from notifying any person of the existence of the requested search warrant for the above-captioned account until further order of the Court.

The Court finds that there is reasonable cause to believe that notification of the existence of the search warrant will result in flight from prosecution, destruction of or tampering with evidence, or will otherwise seriously jeopardizing the underlying criminal investigation. IT IS THEREFORE ORDERED that Facebook, Inc. shall not disclose the existence of the search warrant, or this Order of the Court, to any person (including the subscribers and customers of the referenced account(s)) unless and until authorized to do so by further order of the Court, except that Facebook, Inc. may make such disclosure to an attorney for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the government's application and this order shall be sealed, except that copies shall be provided to the United States Attorney's Office.

_30 December 2015_
Date

_[signature]_
JAMES E. GATES
United States Magistrate Judge